On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

B. KLINGHOFFER & SON ET AL. *v.* UNITED STATES

No. 6924.—Invoices dated Lancaster, England, May 19, 1941, etc.
· Certified May 21, 1941, etc.
Entered at New York, N. Y., July 11, 1941, etc.
Entry No. 702785, etc.

(Decided February 26, 1947)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be.the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

LONGMANS GREEN & CO., INC., ET AL. *v.* UNITED STATES

No. 6925.—Invoices dated London, England, October 1943, etc.
Certified October 1943, etc.
Entered at New York, N. Y., November 24, 1943, etc.
Entry Nos. 715436; 715248.

(Decided February 26, 1947)

*Lane, Young & Fox* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

### B. ALTMAN & Co. *v.* UNITED STATES

**No. 6926.**—Invoice dated London, England, April 30, 1946.
Certified May 2, 1946.
Entered at New York, N. Y., May 27, 1946.
Entry No. 762466.

(Decided February 26, 1947)

*Marlow & Hines* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

### ERICH S. HERRMANN, INC. (GLOBE SHIPPING CO., INC.) ET AL. *v.* UNITED STATES

**No. 6927.**—Invoices dated London, England, May 1, 1946, etc.
Entered at New York, N. Y., June 24, 1946, etc.
Entry No. 771133, etc.

(Decided February 26, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.